1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11   ROBERT E. TATE,                        Case No. 5:15-CV-02581-GJS

12            Plaintiff

13      v.                                  **JUDGMENT**

14   CAROLYN W. COLVIN, Acting
     Commissioner of Social Security,
15
              Defendant.
16

17        IT IS ADJUDGED that the decision of the Commissioner of the Social

18   Security Administration is AFFIRMED and this action is DISMISSED WITH

19   PREJUDICE.

20

21

22   DATED: October 13, 2016        _____

23                                  GAIL J. STANDISH
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28